IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYJO CARROZZA, | : |
| | : CIVIL ACTION |
| | : NO. 15-4737 |
| v. | : |
| | : |
| COMMISSIONER OF THE SOCIAL | : |
| SECURITY ADMINISTRATION, | : |

**ORDER**

AND NOW, this 19th day of July 2016, upon consideration of Plaintiff Maryjo Carrozza's Request for Review (Dkt. No. 6), the Response of Defendant the Commissioner of Social Security (Dkt. No. 7), Plaintiff's Reply Brief (Dkt. No. 9), the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Dkt. No. 10), Plaintiff's Objections (Dkt. No. 11), and Defendant's Response to Plaintiff's Objections (Dkt. No. 13), and upon review of the entire record, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Objections to the Report and Recommendation are OVERRULED;

3. Plaintiff's Request for Review is DENIED and the decision of the Commissioner of Social Security is AFFIRMED; and

4. JUDGMENT is ENTERED in favor of defendant Commissioner of Social Security and against plaintiff Maryjo Carrozza.

5. The Clerk of Court shall mark this case CLOSED.

                                                   *s/Thomas N. O'Neill, Jr.*
                                                   THOMAS N. O'NEILL, JR., J.